In the Matter of the Final Accounting of LeRoy Parker, as Assignee of the Estate of Henry I. Glowacki, under a General Assignment.

(Argued January 26, 1891; decided February 24, 1891.)

Appeal from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made October 1, 1889, which modified, and affirmed as modified, a judgment of the County Court of Genesee county, rendered upon the final accounting · of the appellant, as assignee.

*LeRoy Parker* appellant in person.

*Henry F. Tarbox* for respondents.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

---

In the Matter of the Accounting of Phebe C. Haviland, as Executrix of the Will of John Cocks, Deceased.

(Argued January 27, 1891; decided February 24, 1891.)

Appeal from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made May 10, 1888, which modified, by reversing in part, a decree in the above matter of the surrogate of Westchester county.

*Thomas Nelson* for appellant.

*James A. Hudson* for respondent.

Agree to affirm ; no opinion.
All concur, except Haight, J., not voting.
Judgment affirmed.